**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IVY R. SMITH, ) | | |
|                        **Plaintiff,** ) | | |
| ) | | |
| vs. ) | Case No. 09-04070-JAR | |
| ) | | |
| MICHAEL J. ASTRUE, ) | | |
| COMMISSIONER OF ) | | |
| SOCIAL SECURITY, ) | | |
|                        **Defendant.** ) | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the February 19, 2010 Report and Recommendation (Doc. 18).

**IT IS SO ORDERED**.

Dated: March 8, 2010

                                                          S/ Julie A. Robinson
                                                          JULIE A. ROBINSON
                                                          UNITED STATES DISTRICT JUDGE